CATALANO LAW GROUP
Jannik P. Catalano, SBN 224786
1686 Bryant Street
San Francisco, CA 94103
Telephone: (415) 436-9236
Fax: (877) 689-0676
jannik@cat1awgroup.com

ELOY 1. TRUJILLO, SBN 228790
184 13th Street, Suite 2
Oakland, California 94612
Telephone: (510) 452-8367
Fax: (877) 689-0676
trujillolaw@gmai1.com

JAMES FARINARO, ESQ., SBN 146189
LAW OFFICE OF JAMES FARINARO
852 East 14th Street
San Leandro, CA  94577
Telephone:  (510) 553-1200
jfarinaro@aol.com

Attorney for Plaintiffs:
AARON, ARTHUR, DEVIN and HEIDI VELARDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VELARDE; DEVIN VELARDE; ARTHUR VELARDE; and HEIDE VELARDE,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF UNION CITY; ET. AL.,<br><br>          Defendants.<br>_____ | CASE NO. C 13-4011 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The plaintiffs in this action are  AARON VELARDE, DEVIN VELARDE, ARTHUR VELARDE, and HEIDE VELARDE (the "Plaintiffs").  The defendants in this action are represented by Dale Allen, Esq., of Low, Ball & Lynch., and Benjamin T. Reyes II, City Attorney, City of Union City.  Plaintiffs and defendants, after meeting and conferring, through their respective counsel have stipulated to service on

all defendants as of October 29, 2013. The parties, through their respective counsel, further agreed that all defendants would file a responsive pleading within 60 days of service pursuant to a Notice of Acknowledgment and Receipt procedure under FRCP by December 28, 2013, or no later than January 5, 2014. The parties therefore request additional time for defendants to file a response to the complaint, for the parties to meet and confer (regarding initial disclosures, early settlement, ADR process selection and discovery plan), for the parties to complete initial disclosures and for the parties to file case management statement.

The Case Management Conference is currently scheduled for December 10, 2013 at 9:00 a.m. pursuant to the Court's order dated November 22, 2013 (Dkt. #3), and the case management statement is therefore scheduled to be shall be filed by December 3, 2013. The parties request that the Court modify the Court's order regarding case management matters as follows:

1. The Initial Case Management Conference is continued from December 10, 2013 to February 25, 2014 at 9:00 a.m. before this Court, The Honorable Edward M. Chen, in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco, CA.

2. February 18, 2014 shall be last day to file Rule 26(f) Report, complete initial disclosures and file case management statement.

3. February 4, 2014, shall be last day to: (a) meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and (c) file either stipulation to ADR Process or Notice of Need for ADR Phone Conference.

//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CAE MANAGEMENT CONFERENCE
CASE NO. 13-4011 **EMC**
2

1 | Dated: December 3, 2013.

Respectfully Submitted,
LAW OFFICE OF JAMES FARINARO

By: *s/JAMES FARINARO*
       JAMES FARINARO

Attorney for Plaintiffs:
AARON, ARTHUR, DEVIN and HEIDI VELARDE

Dated: December 3, 2013

Respectfully Submitted,
LOW, BALL & LYNCH

By: *s/DALE L. ALLEN, JR.*
       DALE L. ALLEN, JR.

Attorney for ALL Defendants:
CITY OF UNION CITY; ET. AL.,

505 Montgomery St.  7th Floor
San Francisco, Ca 94111
415-981-6630
415-394-3623 (direct)
415-982-1634 (fax)
DAllen@lowball.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CAE MANAGEMENT CONFERENCE
CASE NO. 13-4011 **EMC**
3

The Court having considered the foregoing application finds good cause appearing.

IT IS SO ORDERED that:

1. The Case Management Conference in this matter is hereby CONTINUED from December 10, 2013 at 9:00 a.m. to February 2~~5~~ 27, 2014 at 9:00 a.m. before this Court, the Honorable Edward M. Chen, in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco, CA.

2. February ~~18~~ 20, 2014 shall be last day to file Rule 26(f) Report, complete initial disclosures and file case management statement.

3. February 4, 2014, shall be last day to: (a) meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and (c) file either stipulation to ADR Process or Notice of Need for ADR Phone Conference.

4. Plaintiffs shall serve notice of this order on defendants.

DATED:  12/5/13

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

## PROOF OF SERVICE

I, James Farinaro, certify and declare as follows:

I am a member of the Bar of the State of California and this Court, and my business address is 852 East 14th Street, San Leandro, California 94577.  I am not a party to this action and I am over 18 years of age.

On December 3, 2013, I certify that I served the following documents:

1. **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**;

[ X ]   (BY US MAIL) By placing a true copies of the foregoing in sealed envelope addressed as follows with postage prepaid for first-class mail and depositing the envelopes in the U.S. Postal Service at San Leandro:

Dale Allen, Esq.
LOW, BALL & LYNCH
505 Montgomery St.  7th Floor
San Francisco, Ca 94111
DAllen@Lowball.com

Benjamin T. Reyes II
City Attorney
City of Union City
34009 Alvarado-Niles Road
Union City, CA  94587
breyes@meyersnave.com

[ X ]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2013 at San Leandro, California.

                                            *s/James Farinaro*
                                            JAMES FARINARO