UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

AARON VELARDE,

    Plaintiff,

  v.

CITY OF UNION CITY, et al.,

    Defendants.

No. C 13-4011 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 18, 2014
Mediator:  Stephen Schirle

    IT IS HEREBY ORDERED that the request to excuse the individually named defendants from appearing in person at the November 18, 2014, mediation before Stephen Schirle is GRANTED.  The excused defendants shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    This is counsel's second warning about complying with ADR L.R. 6-10(f) when submitting requests to be excused from appearing at a mediation.  Requests *must* be made no later than fourteen days in advance of the session.  Future late requests may be subject to sanctions.

    IT IS SO ORDERED.

November 14, 2014

Dated

By: _____

Maria-Elena James
United States Magistrate Judge