UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VELARDE, et al., | Case No.  13-cv-04011-JD |
| Plaintiffs, | |
| v. | **ORDER FOR JURY REFRESHMENTS** |
| UNION CITY POLICE DEPARTMENT, et al., | |
| Defendants. | |

The United States District Court will furnish daily morning refreshments and pastries for the 8 members of the jury in the above-entitled matter beginning December 7, 2015, at 8:00 AM, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 11, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
JAMES DONATO
United States District Judge