UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VELARDE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNION CITY POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-04011-JD<br><br>**PROPOSED SPECIAL VERDICT FORM** |

The Court proposes to provide the jury with this special verdict form on December 11, 2015. The parties have until 7:30 a.m. on December 11, 2015 to file any objections to this proposed verdict form.

**IT IS SO ORDERED.**

Dated: December 10, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　United States District Judge

Your answers must be unanimous:

**Question No. 1:  Section 1983 Excessive Force under the Fourth Amendment**

Do you find by a preponderance of the evidence that one or more of the defendants violated Heide Velarde's Fourth Amendment rights by using unreasonable force against her?

    Baumgartner     \_\_\_\_\_YES     \_\_\_\_\_NO

    J. Martin            \_\_\_\_\_YES     \_\_\_\_\_NO

**Question No. 2:  Section 1983 Unlawful Arrest under the Fourth Amendment**

Do you find by a preponderance of the evidence that one or more of the defendants violated Heide Velarde's Fourth Amendment rights by arresting her without probable cause?

    Baumgartner     \_\_\_\_\_YES     \_\_\_\_\_NO

    J. Martin            \_\_\_\_\_YES     \_\_\_\_\_NO

**Question No. 3:  State Law Assault**

Do you find by a preponderance of the evidence that one or more of the defendants assaulted Heide Velarde?

    Baumgartner     \_\_\_\_\_YES     \_\_\_\_\_NO

    J. Martin            \_\_\_\_\_YES     \_\_\_\_\_NO

**Question No. 4:  State Law Battery**

Do you find by a preponderance of the evidence that one or more of the defendants battered Heide Velarde?

    Baumgartner     \_\_\_\_\_YES     \_\_\_\_\_NO

    J. Martin            \_\_\_\_\_YES     \_\_\_\_\_NO

**Question No. 5:  State Law False Arrest**

Do you find by a preponderance of the evidence that one or more of the defendants wrongfully arrested Heide Velarde?

    Baumgartner   \_\_\_\_YES     \_\_\_\_NO

    J. Martin       \_\_\_\_YES     \_\_\_\_NO

**Question No. 6:  Damages**

**Answer this question only if you answered "yes" in at least one of Questions 1 through 5.**
What amount of damages has Heide Velarde proven by a preponderance of evidence that will fairly and reasonably compensate her for her injury?

    $_____

Dated: _____          _____

                                                                       FOREPERSON