United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VELARDE, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> UNION CITY POLICE DEPARTMENT, et al., <br><br>  Defendants. | Case No. 13-cv-04011-JD <br><br> **REVISED FINAL VERDICT FORM** |

The Court gives this revised final verdict form to the jury, following consultation with the parties and resolution of all conflicts.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
JAMES DONATO
United States District Judge

Your answers must be unanimous:

**Question No. 1:  Section 1983 Excessive Force under the Fourth Amendment**

Do you find by a preponderance of the evidence that one or more of the defendants violated Heide Velarde's Fourth Amendment rights by using unreasonable force against her?

    Baumgartner  _____YES   _____NO

    J. Martin   _____YES   _____NO

**Question No. 2:  Section 1983 Unlawful Arrest under the Fourth Amendment**

Do you find by a preponderance of the evidence that one or more of the defendants violated Heide Velarde's Fourth Amendment rights by arresting her without probable cause?

    Baumgartner  _____YES   _____NO

    J. Martin   _____YES   _____NO

**Question No. 3:  State Law Assault**

Do you find by a preponderance of the evidence that one or more of the defendants assaulted Heide Velarde?

    Baumgartner  _____YES   _____NO

    J. Martin   _____YES   _____NO

**Question No. 4:  State Law Battery**

Do you find by a preponderance of the evidence that one or more of the defendants battered Heide Velarde?

    Baumgartner  _____YES   _____NO

    J. Martin   _____YES   _____NO

**Question No. 5:  State Law False Arrest**

Do you find by a preponderance of the evidence that one or more of the defendants wrongfully arrested Heide Velarde?

    Baumgartner   _____YES   _____NO

    J. Martin   _____YES   _____NO

**Question No. 6:  Damages**

**Answer this question only if you answered "yes" at least once in Question 1 through 5.** What amount of damages has Heide Velarde proven by a preponderance of evidence that will fairly and reasonably compensate her for her injury?

    $_____

**Question No. 7:  Nominal Damages**

**Answer this question only if you answered "yes" at least once in Question 1 or 2 and you answered $0.00 or no damages in Question 6.** You must award Heide Velarde an amount of nominal damages not to exceed $1.00.   What amount of nominal damages do you award Heide Velarde?

    $_____

**SPECIAL INTERROGATORIES**

If you answered "yes" at least once in Question Number 1 or 2, you must answer each of these special interrogatories. Do not answer the interrogatories if you answered "no" in each part of Question 1 or 2.

**Special Interrogatory 1:**

Before Officer Baumgartner deployed his canine against Heide Velarde, was she kicking Officer J. Martin?

_____ Yes         _____ No

**Special Interrogatory 2:**

Before Officer Baumgartner deployed his canine against Heide Velarde, had she bitten Officer J. Martin?

_____ Yes         _____ No

**Special Interrogatory 3:**

Before Officer Baumgartner deployed his canine against Heide Velarde, did she comply with Officer J. Martin's command to stop resisting?

_____ Yes         _____ No

Dated: _____          _____

                                                                    FOREPERSON